JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARY RINGO,<br>        Petitioner,<br>    v.<br>JOHN MARSHALL, Warden,<br>        Respondent. | No. CV 07-6292-JFW (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 8, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE